UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXO OPPORTUNITY FUND LLC,

                    Plaintiff,

          -against-

PATRIOT RENEWABLE FUELS, LLC; and
CHS INC.,

                    Defendants.

25-CV-6337 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's **August 13, 2025** Order, **Dkt. 16**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **November 5, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 12, 2025, at 4:00 PM**.

          SO ORDERED.

Dated:  November 10, 2025
        New York, New York

_____
        ARUN SUBRAMANIAN
        United States District Judge